AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. mj17-275
) 
Twenty-seven (27) Google accounts, as further )
described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

Twenty-seven (27) Google accounts, as further described in Attachment A, which is attached hereto and incorporated herein by this reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 14, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____June 30, 2017 9:30AM_____   _____[signature]_____
                                                                                            *Judge's signature*

City and state:     Seattle, Washington              Mary Alice Theiler, U.S. MAGISTRATE JUDGE
                                                                                       *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>MJ17-275 | Date and time warrant executed:<br>06/30/17; 10:10 a.m. | Copy of warrant and inventory left with:<br>n/a: email search warrant to Google |

Inventory made in the presence of :
n/a: email search warrant to Google

Inventory of the property taken and name of any person(s) seized:

Review of email search warrant returns identified the following search terms which retrieved documents responsive to Attachment B, Part II of the search warrant:

AfterEF; Cracker; Getty; HBO; Hires: Hi-res; Knight; Logs; Login; PayPal; Pics; Picture; Screencap; Sony; Tania; Thang; Traded; Untraded; Dart; Gless; Belgrade; Nis; Prvomajska; Siera; 38164574238; 551139244750; 5511998560016; Silva; Western Union; Cerqueira.

In addition to the above search terms, and based on review of the search warrant materials and knowledge of the case, all email between the following accounts was likewise responsive to Attachment B, Part II of the search warrant:
1. All email correspondence between any account and knightdj@btinternet.com;
2. All email correspondence between any account in Group A and any acount in Group B, below.

   GROUP A: frhtlayout@gmail.com; myfavouritenightmare@gmail.com; daichi.bloodlust@gmail.com; dmngsp@gmail.com; izildaddomingues@gmail.com; paloma.discola@usp.br.

   GROUP B: im244562@gmail.com; im514238@gmail.com; 244562im@gmail.com; blekpendaz@gmail.com; carpetcleanerexpert8@gmail.com; celebrityfascination@gmail.com; hexenbiest316@gmail.com; hqphotosworld@gmail.com; im250372@gmail.com; im308009@gmail.com; imilosevic514@gmail.com; ivanka.b.milosevic@gmail.com; jovna.milosevic@gmail.com; joximilosevic@gmail.com; jump2times@gmail.com; jump6times@gmail.com; qlazypandamail@gmail.com; m.jovana.joka98@gmail.com; madonn.picture.sell@gmail.com; tmmaria244562@gmail.com; nameless244562@gmail.com.

Based on the above parameters, 41,187 records were identiied as responsive to Attachment B, Part II of the search warrant and maintained in Department of Justice records.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/09/2022

*Executing officer's signature*

Armando Ramirez III, Special Agent
*Printed name and title*